

**UNITED STATES DISTRICT COURT** NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**STEFANNIE DYSON,**
 Plaintiff,

v.

**THOMAS J. DART, et al.,**
 Defendants.

**FILED**

**APR 02 2026**

THOMAS G. BRUTON
**CLERK, U.S. DISTRICT COURT**

Case No. 23-cv-16515
Hon. April M. Perry

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

**AND NOTICE OF LATE FILING (GOOD CAUSE)**

Plaintiff Stefannie Dyson, proceeding pro se, respectfully moves this Court for a brief extension of time to file her response to Defendants' Local Rule 56.1 submissions, and in support states as follows:

## I. BACKGROUND

1. On March 25, 2026, Defendants filed a Declaration of Counsel regarding a Joint Statement of Undisputed Material Facts.
2. Plaintiff did not become aware of Defendants' March 25, 2026 filing on the date it was filed.
3. Due to issues related to receipt, notice, and access to filings, Plaintiff did not realize that the document had been filed until after March 25, 2026.

## II. GOOD CAUSE FOR EXTENSION

4. Plaintiff is proceeding **pro se** and does not have the same level of access to filings, electronic notifications, or legal resources as counsel.
5. Upon becoming aware of the filing, Plaintiff acted diligently and prepared her response as promptly as possible.
6. Plaintiff is filing her response on **April 2, 2026**, immediately upon completing review and preparation.
7. The delay was not due to bad faith, willful disregard, or intentional delay, but rather due to delayed awareness and the time required to properly respond to complex summary judgment filings.

## III. NO PREJUDICE TO DEFENDANTS

1

8. The requested extension is minimal.
9. Defendants will suffer **no prejudice**, as:
    - The case is still in the summary judgment stage
    - Plaintiff's response addresses the merits
    - No trial date is impacted

## IV. INTEREST OF JUSTICE

10. Courts favor resolving cases on their merits rather than on procedural technicalities.
11. Allowing Plaintiff's response ensures a **full and fair adjudication** of the issues presented.

## V. REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Grant Plaintiff a brief extension of time through **April 2, 2026** to file her response;
2. Accept Plaintiff's Response to Defendants' Local Rule 56.1 submissions as timely filed; and
3. Grant any other relief this Court deems just and proper.

## VI. ALTERNATIVE REQUEST

In the alternative, Plaintiff requests that this filing be accepted as an **excusable neglect filing** pursuant to Fed. R. Civ. P. 6(b)(1)(B), as the delay resulted from circumstances outside Plaintiff's control and was promptly corrected upon discovery.

Affiant states that everything herein is true and correct to my best knowledge and belief under the laws of the United States of America. Signed this 2nd day of April 2026   By: Dyson, Stefannie

2